UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                                                  PLAINTIFF

vs.                                                                                                    NO. 1:11-CV-090-A-D

$339,574.45 IN U.S. CURRENCY,
ET AL.                                                                                                      DEFENDANTS

## ORDER LIFTING STAY AND SUBSTITUTING RES

Before the Court is the Motion to Lift Stay and Substitute Res [#11] filed by the United States of America in the above-styled cause. The Court finds the Motion to be well-taken and that it should be granted. Accordingly, it is

**ORDERED**

that the Motion to Lift Stay and Substitute Res [#11] is GRANTED and the stay of proceedings previously imposed by the Court in this cause of action is hereby lifted.

Further, the sum of $451,200.00 shall be substituted as the *res* in the place and stead of the following vehicles:

1. 1969 Chevrolet Nova SS (VIN Number: 114279W351671) (11-FBI-001764)

2. 1964 Pontiac GTO (VIN Number: 824F14935) (11-FBI-001765)

3. 1971 Ford Torino GT (VIN Number: 1A35M231088) (11-FBI-001766)

4. 1970 Chevrolet Chevelle SS (VIN Number: 136370R243262) (11-FBI-001767)

5. 1976 Pontiac Firebird (VIN Number: 2W87W6N568264) (11-FBI-001768)

6. 1939 Buick, Series 40 Business Coupe (VIN Number: 13550767) (11-FBI-001769)

7. 1966 Chevrolet Corvette Stingray (VIN Number: 194676S121344) (11-FBI-001770)

8. 1969 Chevrolet Camaro (VIN Number: 124379L521311) (11-FBI-001771)

9. 1955 Chevrolet 210 Custom (VIN Number: VB550033284) (11-FBI-001772)

10. 1967 Ford Shelby GT 350 Fastback (VIN Number: 67200F7A01294) (11-FBI-001773)

11. 1968 Dodge Charger (VIN Number: XP29H8B407143) (11-FBI-001774)

12. 1970 Plymouth Barracuda (VIN Number: B523V0B349176) (11-FBI-001775)

13. 1969 Chevrolet Camaro (VIN Number: 124379L528751) (11-FBI-001776)

14. 1971 Pontiac GTO (VIN Number: 242371Z135144) (11-FBI-001777)

15. 1970 Chevrolet Chevelle SS (VIN Number: 136370K168335) (11-FBI-001778)

16. 1967 Chevrolet Chevelle SS 396 Convertible (VIN Number: 138677B171529) (11-FBI-001779)

17. 1967 Pontiac GTO Convertible (VIN Number: 242677K114386) (11-FBI-001780)

18. 1969 Ford Mustang 428 (VIN Number: 9F02R125832) (11-FBI-001782)

19. 1956 Ford Thunderbird Convertible (VIN Number: P6FH242977) (11-FBI-001783)

20. 1971 Dodge Charger R/T (VIN Number: WS23V1A190680) (11-FBI-001784)

SO ORDERED, this the 27th day of August, 2013.

    /s/ Sharion Aycock
**U.S. DISTRICT JUDGE**